■ In the Matter of STEPHEN M. TALT, Appellant, v STATE DIVISION OF HUMAN RIGHTS et al., Respondents.—Proceeding pursuant to Executive Law § 298 to review an order of the State Division of Human Rights, dated May 31, 1988, which, after a hearing, dismissed a complaint against the respondent New Rochelle Police Department alleging that it discriminated against the petitioner in its employment practices on the basis of a disability.

Adjudged that the order is confirmed and the proceeding is dismissed on the merits, without costs or disbursements.

A review of the record discloses substantial evidence to support the determination of the State Division of Human Rights that the petitioner was not dismissed from his position as a probationary police officer as a result of any unlawful discriminatory practice. The petitioner failed to meet his burden of showing that the independent, legitimate and non-discriminatory reasons proffered by the New Rochelle Police Department were not its true reasons but merely a pretext for discrimination (see, Matter of Miller Brewing Co. v State Div. of Human Rights, 66 NY2d 937; Matter of Pace Coll. v Commissioner of Human Rights, 38 NY2d 28). The determination of the Division must therefore be confirmed. Sullivan, J. P., Harwood, Balletta and Rosenblatt, JJ., concur.